```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| BRADFORD C. SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF CHESTER | : | NO. 12-130 |

## ORDER

AND NOW, this 21st day of March, 2013, upon consideration of defendant's motion for summary judgment (docket entry # 15), plaintiff's response in opposition thereto and his memorandum and exhibits in support of that response, plaintiff's motion <u>in</u> <u>limine</u> to have deemed admissible at trial the February 24, 2011 EEOC Determination letter (docket entry # 19), and defendant's opposition thereto, it is hereby ORDERED that:

      1.  Defendant's motion for summary judgment (docket entry # 15) is GRANTED;

      2.  Plaintiff's motion <u>in</u> <u>limine</u> (docket entry # 19) is DENIED AS MOOT; and

      3.  The Clerk of Court shall CLOSE this case statistically.

                                      BY THE COURT:

                                      <u>/S/ Stewart Dalzell, J.</u>