IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADFORD C. SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF CHESTER | : | NO. 12-130 |

ORDER

AND NOW, this 21st day of March, 2013, upon consideration of defendant's motion for summary judgment (docket entry # 15), plaintiff's response in opposition thereto and his memorandum and exhibits in support of that response, plaintiff's motion in limine to have deemed admissible at trial the February 24, 2011 EEOC Determination letter (docket entry # 19), and defendant's opposition thereto, it is hereby ORDERED that:

1. Defendant's motion for summary judgment (docket entry # 15) is GRANTED;

2. Plaintiff's motion in limine (docket entry # 19) is DENIED AS MOOT; and

3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

/S/ Stewart Dalzell, J.